UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
ARMSTRONG TEASDALE LLP
Ashley E. Shapiro, Esquire
100 Overlook Center, Second Floor
Princeton, NJ 08540
Telephone: (609) 375-08540

-and-

Rafael X. Zahralddin-Aravena (*Admitted pro hac vice*)
Shelley A. Kinsella (*Admitted pro hac vice*)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 824-7089
*Counsel to the Liquidating Trustee*

In Re:

New England Motor Freight, et al.

| | |
|---|---|
| Case No.: | 19-12809 JKS |
| Chapter: | 11 |
| Adv. No.: | 21-01100 JKS |
| Hearing Date: | 6/1/2021 at 2:00 p.m. |
| Judge: | Sherwood |

# CERTIFICATION OF SERVICE

1. I, Maryann Millis :

    ☐ represent _____ in this matter.

    X  am the paralegal for Armstrong Teasdale LLP, who represents the Liquidating Trustee in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On February 18, 2021, Armstrong Teasdale LLP sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    Complaint
    Summons and Notice of Pretrial Conference in an Adversary Proceeding
    Instruction Form
    Proposed Joint Order Scheduling Pretrial Proceedings and Trial
    Proposed  Mediation Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   February 23, 2021            */s/ Maryann Millis*
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shipley Fuels Marketing, LLC<br>Attn: Officer, Managing or General Agent<br>100 Kinig Lane<br>Hanover, PA 17331 | Defendant | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>　　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shipley Fuels Marketing, LLC<br>Attn: Officer, Managing or General Agent<br>415 Norway ST.<br>York, PA 17403-2531 | Defendant | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>　　(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>　　(As authorized by the Court or by rule. Cite the rule if applicable.) |