**ARMSTRONG TEASDALE LLP**
Ashley E. Shapiro, Esquire
100 Overlook Center, Second Floor
Princeton, NJ 08540
Telephone: (609) 375-08540
-and-
Shelley A. Kinsella (Admitted *pro hac vice*)
1007 North Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 416-9672
*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered) |
| KEVIN P. CLANCY, solely in his capacity as the LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SHIPLEY FUELS MARKETING, LLC,<br><br>Defendant. | Adv. Pro. No. 21-01100 (JKS) |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Dated:  July 14, 2022	**ARMSTRONG TEASDALE LLP**

*/s/ Ashley E. Shapiro*
Ashley E. Shapiro, Esq.
100 Overlook Center, Second Floor
Princeton, NJ  08540
Telephone: (609) 375-08540
Email: ashapiro@atllp.com

-and-

Shelley A. Kinsella, Esq.
(Admitted *po hac vice*)
1007 North Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 416-9672
Email: skinsella@atllp.com

*Counsel to the Liquidating Trustee*